# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CAUSE NO.: 2:08-CR-137-RL-PRC |
| ) | |
| JAMES W. MALONE, ) | |
| Defendant. ) | |

### FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT JAMES W. MALONE

TO:   THE HONORABLE RUDY LOZANO, JUDGE,
      UNITED STATES DISTRICT COURT

Upon Defendant James W. Malone's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on October 29, 2008, with the consent of Defendant James W. Malone, counsel for Defendant James W. Malone, and counsel for the United States of America.

The hearing on Defendant James W. Malone's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant James W. Malone under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant James W. Malone,

I FIND as follows:

(1) that Defendant James W. Malone understands the nature of the charge against him to which the plea is offered;

(2) that Defendant James W. Malone understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse

witnesses, and his right against compelled self-incrimination;

(3) that Defendant James W. Malone understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant James W. Malone understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant James W. Malone has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant James W. Malone is competent to plead guilty;

(6) that Defendant James W. Malone understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant James W. Malone's plea; and further,

I RECOMMEND that the Court accept James W. Malone's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant James W. Malone be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant James W. Malone be adjudged guilty, sentencing will be set at a later date in the Hammond Division, before Judge Rudy Lozano. Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days. *See* 28 U.S.C. § 636(b)(1)(B).

So ORDERED this 29th day of October, 2008.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record
     Honorable Rudy Lozano