```
UNITED STATES DISTRICT COURT
 NORTHERN DISTRICT OF INDIANA
       HAMMOND DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CR-137 |
| ) | |
| James W. Malone, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant James W. Malone (DE # 14) filed on October 29, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant James W. Malone's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 922(g)(1).

This matter is set for sentencing on January 22, 2009, at 12:30 p.m.

**DATED: November 18, 2008**          /s/RUDY LOZANO, Judge
                                      **United States District Court**